UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                          Case No. 8:20-bk-05354-CPM
                                                Chapter 7

KENNETH RAY JOYNER
          Debtor.
_____/

**NOTICE OF FILING COPIES OF**
**SUBPOENAS IN CONNECTION WITH TRIAL**

Nancy J. Gargula, the United States Trustee for Region 21, by and through the undersigned

counsel, gives notice that the attached subpoena will be served on the following:

- AMEX / AMERICAN EXPRESS
- CAPITAL ONE
- MIDFLORIDA
- NICOLETE NATIONAL BANK

Dated: January 15, 2021

> NANCY J. GARGULA
> UNITED STATES TRUSTEE
> REGION 21
>
> By:    /s/ Nicole Peair
>        Trial Attorney
>        Louisiana Bar # 33477
>        Office of the U.S. Trustee, Region 21
>        501 East Polk Street, Suite 1200
>        Tampa, FL 33602
>        (813) 228-2000 / fax (813) 228-2303
>        nicole.w.peair@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing *Notice of Filing* has been served through the EC/CMF electronic mail system and/or served by regular United States Mail on or before the 15th day of **January 2021** to:

Kenneth Ray Joyner
20653 Longleaf Pine Ave.
Tampa, FL 33647

Samantha L Dammer
Tampa Law Advocates,P.A.
A Private Law Firm
620 East Twiggs Suite 110
Tampa, FL 33602

/s/ Nicole Peair
Nicole Peair
Trial Attorney for United States Trustee